# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRISHA A. WELLER,

    Plaintiff,

v.

QUALITY TOWING,

    Defendant.

Case No. 2:10-CV-00581-KJD-LRL

**ORDER**

Currently before the Court is Plaintiff's Motion to Extend Time (#5) seeking an extension of time in which to file an Amended Complaint. On July 6, 2010, Magistrate Judge Lawrence R. Leavitt issued an Order (#3) granting Plaintiff's Motion/Application for Leave to Proceed In Forma Pauperis, yet dismissing Plaintiff's Complaint without prejudice. Specifically, the Magistrate Judge found that Plaintiff's Complaint failed to set forth sufficient facts that would entitle her to relief under Title VII, and granted Plaintiff an extension of time—until August 6, 2010—in which to file an amended complaint. Plaintiff failed to file an amended complaint, and filed her immediate Motion to Extend Time (#5) on August 9, 2010. Upon review, the Court finds that Plaintiff's Motion is untimely.

Accordingly **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#5) is denied as untimely.

**IT IS FURTHER ORDERED** that this case is dismissed, without prejudice.

DATED this 31st day of January, 2011.

                                                                      _____
                                                                        Kent J. Dawson
                                                                        United States District Judge